IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
AUG 0 1 2003
Michael N. Milby, Clerk of Court

| | |
|---|---|
| Anchor Autoclave Systems, §<br>     Plaintiff, § <br>v § <br>  § <br>Touchstone Research Laboratory, § <br>    Defendant § | CIVIL ACTION: H-02-4441 |

### O R D E R

This Court has been advised that the case is stayed pending the outcome of the West Virginia litigation.

The above captioned case shall be administratively closed. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

SIGNED at Houston, Texas, on this the __30__ day of __July__, 2003.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

21