UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ANCHOR AUTOCLAVE SYSTEMS,<br>A DIVISION OF ANCHOR EQUIPMENT<br>SALES, INC.,<br><br>        Plaintiff,<br><br>versus<br><br>TOUCHSTONE RESEARCH<br>LABORATORY, LTD.,<br><br>        Defendant. | § § § § § § § § § § § § | United States Courts<br>Southern District of Texas<br>ENTERED<br><br>AUG 0 1 2003<br><br>Michael N. Milby, Clerk of Court<br><br>CIVIL ACTION NO. H-02-4441 |

## ORDER OF ADOPTION

The court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed July 15, 2003. The court finds the Memorandum and Recommendation should be, and the same is hereby, adopted as the court's Memorandum and Order. Accordingly, it is

ORDERED that Defendant's motions to dismiss for lack of personal jurisdiction and to transfer venue are DENIED and Defendant's motion to stay pending the outcome of the West Virginia litigation is GRANTED.

SIGNED at Houston, Texas, on this the __30__ day of __July__, 2003.

                                                  DAVID HITTNER<br>
                                       United States District Judge

22